Second Department, December, 1994

(December 2, 1994)

■ The People of the State of New York ex rel. Matthew Muraskin, on Behalf of Pablo Cepin, Petitioner, v Joseph Jablonsky, as Sheriff, Respondent. [619 NYS2d 962] —Writ of habeas corpus in the nature of an application to reduce bail upon Nassau County Indictment No. 31194.

Upon the papers filed in support of the application and after hearing oral argument in support thereof and in opposition thereto, it is

Adjudged that the writ is sustained, without costs or disbursements, to the extent of reducing bail on Nassau County Indictment No. 31194 to the sum of $500, which may be posted in the form of an insurance company bail bond in that sum or by depositing the same sum as a cash bail alternative.

We exercise our discretion to reduce bail to $500. Joy, J. P., Friedmann, Krausman and Florio, JJ., concur.

■ The People of the State of New York ex rel. Stephen G. Murphy, on Behalf of Robert Thomas Kovacic, Petitioner, v Warden, Respondent. [619 NYS2d 962] —Writ of habeas corpus in the nature of an application for bail reduction upon Kings County Indictment No. 12205/94.

Upon the papers filed in support of the application and in opposition thereto, and after hearing oral argument in support of the application and in opposition thereto, it is

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Kings County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" *(People ex rel. Klein v Kruger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Lawrence, J. P., Santucci, Altman and Goldstein, JJ., concur.